PROB 12B
(7/93)

Report Date: March 30, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 4 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: John Manuel Valero          Case Number: 2:04CR00265-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 8/30/2005          Type of Supervision: Supervised Release

Original Offense: Theft of Firearms from Federally          Date Supervision Commenced: 3/26/2012
Licensed Firearms Licensed Dealer, 18 U.S.C. §
922(u); Possession of Stolen Firearms, 18 U.S.C.
§922(j)

Original Sentence: Prison - 96 Months;          Date Supervision Expires: 3/25/2015
                   TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
       directed by the supervising officer, but no more than six tests per month, in order to confirm continued
       abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth
Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of
supervision be modified to authorize a maximum of six random drug tests per month.

John Valero was asked whether he would waive his right to a hearing and agree to the modifications as previously
described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr.
Valero has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 03/30/2012 |
|---|---|
| | s/Tommy Rosser |
| | Tommy Rosser |
| | U.S. Probation Officer |

Prob 12B
**Re: Valero, John Manuel**
**March 30, 2012**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

4/3/2012
_____
Date