PROB 12C
(7/93)

Report Date: February 13, 2014

## United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

**FEB 14 2014**

Eastern District of Washington

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Manuel Valero    Case Number: 2:04CR00265-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 30, 2005

| | |
|---|---|
| Original Offense: | Counts 1 & 3: Theft of Firearms from Federally Licensed Dealer, 18 U.S.C. § 922(u)<br>Counts 2 & 4: Possession of Stolen Firearms, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison 96 months       Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | James P. Hagarty        Date Supervision Commenced: March 26, 2012 |
| Defense Attorney: | Federal Defenders Office   Date Supervision Expires: March 25, 2015 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/10/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 & 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: John Valero violated the conditions of his supervised release at Honeysuckle Beach in Hayden, Idaho, on or about February 1, 2014, by being detained by a Kootenai County Sheriff's deputy. On the date referenced, the offender was detained at approximately 0100 hours and found to be in possession of a controlled substance, marijuana, and paraphernalia with intent to use. Specifically, John Valero was found to be in possession of mason jars, a scale, and spoking pipes, while in a vehicle at the noted location.<br><br>A subsequent search of the vehicle occupied by the offender and a female acquaintance, later revealed the above-referenced items. John Valero self-disclosed that he removes tobacco from cigars and replaces it with marijuana, and that the mason jars are used to store marijuana. At the time that he was contacted by law enforcement, the jars were empty. Eventually, the offender was cited and allowed to depart the area. |

Prob12C
Re: Valero, John Manuel
February 13, 2014
Page 2

6    **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: John Valero violated the conditions of his supervised release in Hayden, Idaho, on or about February 1, 2014, by traveling outside of the Eastern District of Washington without permission.

As previously referenced, the offender was contacted by law enforcement officers while in Hayden, Idaho, on the noted date. John Valero did not have permission to travel outside of the Eastern District of Washington on the referenced date.

7    **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: John Valero violated the conditions of his supervised release in Hayden, Idaho, on or about February 1, 2014, by failing to report law enforcement contact within 72 hours as required.

On February 8, 2014, John Valero was contacted by the undersigned officer. At that time, he failed to acknowledge law enforcement contact as referenced in the above violation. In fact, John Valero failed to appear in the U.S. Probation Office on February 10, 2014, as directed.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/13/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

February 14, 2014

Date