Report Date: February 10, 2014

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Manuel Valero | Case Number: 2:04CR00265-001 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 30, 2005

| | | |
|---|---|---|
| Original Offense: | Counts 1 & 3: Theft of Firearms from Federally Licensed Dealer, 18 U.S.C. § 922(u) | |
| | Counts 2 & 4: Possession of Stolen Firearms, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 96 months | Type of Supervision: Supervised Release |
| | TSR - 36 months | |
| Asst. U.S. Attorney: | James P. Hagarty | Date Supervision Commenced: March 26, 2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 25, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |
| | **Supporting Evidence**: John Valero violated the conditions of his supervised release in Spokane, Washington, by failing to submit a written monthly report, to the U.S. Probation Office, by February 5, 2014.  To date, he has failed to submit a monthly report. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: John Valero violated the conditions of his supervised release in Spokane, Washington, by failing to report to the U.S. Probation Office by 9:00 a.m. on Monday, February 10, 2014, as directed by the undersigned officer. |
| | On Saturday, February 8, 2014, at approximately 10:10 a.m., the undersigned officer established contact with the offender by telephone.  At that time, the offender was directed to appear in the U.S. Probation Office on Monday, February 10, 2014, at 9:00 a.m.  The offender acknowledged that he understood the directive as given and agreed to appear.  John Valero failed to appear in the U.S. Probation Office as directed. |

| | | |
|---|---|---|
| | 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: John Valero violated the conditions of his supervised release in Spokane, Washington, by failing to notify the U.S. Probation Office at least 10 days prior to changing his residence. On February 7, 2014, the undersigned officer conducted an unannounced home visit at the offender's last known address. At that time, an unknown female occupant advised that the offender was not available. It is noted, the female contacted was Mindy Egler, a felon with a long history of substance abuse problems.

On February 10, 2014, the undersigned officer initiated contact with John Valero's girlfriend, Tonya Stempniak, who owns Mr. Valero's reported residence. Ms. Stempniak confirmed that the offender has not lived at the residence since February 1, 2014. Apparently, Ms. Stempniak demanded that the offender contribute toward the rent and other expenses. In addition, Ms. Stempniak verified that the offender started staying away from the residence beginning January 2014. Her last known contact with John Valero was on Friday, February 7, 2014, when the offender retrieved his personal items that were being stored in a vehicle that was parked in front of the home. Ms. Stempniak confirmed that the offender sent a text to her on Saturday, February 8, 2014, at approximately 2:15 p.m., advising that he planned to leave Spokane, Washington, immediately. She was unable to provide an exact location where the offender planned to travel.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/10/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

February 11, 2014
Date