PROB 12C  
(7/93)

Report Date: June 25, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Manuel Valero     Case Number: 0980 2:04CR00265-RHW-1

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 30, 2005

Original Offense:     Theft of Firearms from Federally Licensed Firearms Dealer, 18 U.S.C. § 922(u);  
Possession of Stolen Firearms, 18 U.S.C. § 922(j);  
Theft of Firearms from Federally Licensed Firearms Dealer, 18 U.S.C. § 922(u);  
Possession of Stolen Firearms, 18 U.S.C. § 922(j)

Original Sentence:     Prison 96 months;         Type of Supervision: Supervised Release  
TSR - 36 months

Asst. U.S. Attorney:     TBD         Date Supervision Commenced: March 24, 2015

Defense Attorney:     TBD         Date Supervision Expires: March 23, 2017

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: On June 18, 2015, this officer spoke with Mr. Valero's former employer, Mike Argo, to verity Mr. Valero's employment status.  Mr. Argo stated Mr. Valero's employment ended on or about June 5, 2015.  Mr. Valero failed to notify this officer of the change in his employment status.

On June 22, 2015, this officer spoke with Mr. Valero's mother, Janie Ramos, in an attempt to locate the defendant.  She reported Mr. Valero moved to Spokane on or about June 5, 2015. Mr. Valero failed to notify this officer at least 10 days prior to changing his residence.

Prob12C
Re: Valero, John Manuel
June 25, 2015
Page 2

    2    **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

        **Supporting Evidence**: On June 9, 2015, this officer received a notification from the Washington State Patrol Mr. Valero was contacted in Spokane County on a traffic stop. Mr. Valero was cited for driving with a suspended license. Mr. Valero was not arrested and he failed to notify this officer of having contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 25, 2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Robert H. Whaley*
Signature of Judicial Officer

June 25, 2015
Date